AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 25-mj-167 |
| Yehuda Ringel | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Yehuda Ringel.

Date: 05/15/2025

*Henry Mazurek*
*Attorney's signature*

Henry E. Mazurek, NY 2636520
*Printed name and bar number*

Meister Seelig & Fein PLLC
125 Park Avenue, 7th Floor
New York, New York 10017

*Address*

hem@msf-law.com
*E-mail address*

(212) 655-3500
*Telephone number*

*FAX number*